IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANDRE D. FLAGG-EL, #310 705,       )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )    CIVIL ACTION NO. 1:19-CV-909-WHA
                                   )
HOUSTON COUNTY, *et al.*,           )
                                   )
        Defendants.                )

## ORDER

This case is before the court on a Recommendation of the Magistrate Judge entered on December 2, 2019. Doc. 4. There being no timely objections filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that Plaintiff's motion to certify case as a class action (Doc. 1) is DENIED.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

Done, this 17th day of January 2020.

                    /s/    W. Harold Albritton
                    W. HAROLD ALBRITTON
                    SENIOR UNITED STATES DISTRICT JUDGE